UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONNECTICUT ELECTRIC, )<br>　　　　Plaintiff, )<br> )<br>vs. )<br> )<br>PACIFIC COAST BREAKER, INC. and PC )<br>SYSTEMS, INC., )<br>　　　　Defendants. ) | 1:10-cv-01440-LJM-TAB |

### ENTRY OF JUDGMENT

Through an Order dated February 24, 2012, the Court granted Defendants', Pacific Coast Breaker, Inc. and PC Systems, Inc., Motion to Dismiss without prejudice. Plaintiff shall take nothing by way of its complaint and is free to re-file in an appropriate forum. Judgment is entered accordingly.

DATED this 24th day of February, 2012.

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　LARRY J. McKINNEY, JUDGE
　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　Southern District of Indiana


_____
LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana


By:　_____
　　　Deputy Clerk


Distribution attached.

Distribution to:

Vincent J. Allen
CARSTENS & CAHOON LLP
allen@cclaw.com

Douglas B. Bates
STITES & HARBISON, LLP
dbates@stites.com

Kari H. Halbrook
LEWIS BRISBOIS BISGAARD & SMITH LLP
khalbrook@lbbslaw.com

Deborah F. Sirias
LEWIS BRISBOIS BISGAARD & SMITH LLP
sirias@lbbslaw.com